UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cr-20375-PCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SIXTO GARCIA RODRIGUEZ,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** is before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 56], which was entered on December 14, 2023. In the R&R, Magistrate Judge Becerra found that the Defendant Sixto Garcia Rodriguez freely and voluntarily entered a plea of guilty as to Count 56 of the indictment, charging him with illegal reentry into the United States after having previously been removed, in violation of Title 8, United States Code, 1326(a) and (b)(2).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Count 56 of the indictment, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Magistrate Judge Becerra's R&R, no objections have been filed, and the time to file objections has expired. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of

guilty, and Defendant is hereby adjudged guilty as to Count 56 of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **April 8, 2024, at 9:00 A.M.**

**DONE AND ORDERED** in Miami, Florida, on January 24, 2024.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
All counsel of record